UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

_Brenda Faye Hall_,
Affiant

8:00CV2596-T-30E

CASE NUMBER: _____
(To be supplied by
Clerk's Office)

_City of Tampa_
_Former Sandra Freeman_
_Mr. Curtis Anthony_, 2 decent City of Tampa Employees
Defendant(s)
Tampa, Florida 33607.

## AFFIDAVIT OF INDIGENCY

(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, _Brenda Faye Hall_, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed <u>in forma pauperis</u> in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

Slander, hatred, womanizing (Mr. Curtis Lane) statement

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: _Fuck of a date. I never knew where the Mayor of was located. Congressmen Mr. Sam Gibbens didn't know my address nor whereabouts for harrassments because me and some others use to visit him. And he was too busy, or he had thoughts of knowing whereabouts. They cause me, our children to be taked in the Health and Rehabiltive Services employees HRS and the assistance Curtis Lane help did some dirty chess. And he take his time. He statement was to over_

DC 101 (Rev. 1/77)

II. **RESIDENCE:**

Affiant's address: 413 N. Hernandez Court #260
(Street)
Tampa, Florida, 33603
(City)    (State)    (Zip Code)

III. **MARITAL STATUS:**

1. Single ✓    Married ___    Separated ___    Divorced ___

2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

1. Number: They are grown

2. Relationship to dependent(s): _____

3. How much money do you contribute to your dependents' support on a monthly basis? $ -0-

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: Not employed

   a. Address of employer: -0-
   (Street)
   _____    _____    _____
   (City)    (State)    (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?
      Years: One year 8 months ago.

   c. Income: Monthly $532.00    or    Weekly $ -0-

   d. What is (was) affiant's job title? Hillsborough County School Board -
   Burger King Corporate
   3009 E. Busch Boulevard
   Burger King Dr. Martin King Jr.

2. If unemployed, date of last employment: _____

3. Is spouse employed? __0__ If so, name of employer: _____

    a. Income: Monthly $532.00 or Weekly $__0__

    b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid?

    If so, amount: Monthly $__0__ or Weekly $__0__

## VI. FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing):

    a. Description: _____

    b. Full address: _____
                (Street)

    (City)      (State)      (Zip Code)

    c. In whose name? _____

    d. Estimated value: $_____

    e. Total amount owed: $_____

        Owed to: _____ for $_____

                 _____ for $_____

    f. Annual income from property: $_____

2. Other assets/property:

    a. Automobile: Make _____ Model _____

       In whose name registered? _____

       Present value of car: $_____

       Amount owed: $_____

       Owed to: _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ 0

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

   Business, profession, or other forms of
   self employment:                                  $ 0

   Rent payments, interest, or dividends:            $ 70.00

   Pensions, annuities, or life insurance payments: $ 0

   Gifts or inheritances:                            $ 0

   Stocks, bonds, or notes:                          $ 0

   Other sources:                                    $ 0

3. Obligations:

   a. Monthly rental on house or apartment:          $ 70.00

   b. Monthly mortgage payments on house:            $ 0

4. Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly Payment) |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |
| (Creditor) | (Total Debt) | (Monthly Payment) |

DC 101 (Rev. 1/97)                         4

Other (explain): _____

_____

VII. <u>FOR PRISONER AFFIANTS ONLY:</u>

1. Date(s) of incarceration: _____

2. Estimated release or parole date: _____

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account for the **six (6) months immediately preceding the filing of the Complaint or Petition <u>must</u> accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII. <u>ALL AFFIANTS MUST READ AND SIGN:</u>

I **UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA

COUNTY OF _____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF _____, 19_____, BY _____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____

_____, AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE
(State Type of Identification)

AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

_____

DC 101 (Rev. 1/97)                                  6

* * * * * * *

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** _____, has the sum of
(Name of Affiant)

$_____ as of _____ on account to his credit at the
(date)

_____ institution where he is

confined. I further certify that the above named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____

_____
Authorized Officer of Institution

DC 101 (Rev. 1/97)                                    7

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

said I know it couldn't have been you had the woman auto- automobile tall and pulled from a residency And there was nothing wrong with the car and had the city of Tampa employees to go around they on palifox Street and the woman apartment where I paid some money to her to let my car stay there at the residence And they was nothing wrong with the car it had a flat time. And a man offered to change it for me. And the woman use to ask me for a ride and I use to give her a ride to work and And any would she do me some harm when she had no other means of transportion to get to work. So he could be in the mayor seat. Curtis Lane It sure was true. And etc. Harrassment to Judical Court circuit of the Court Judge of Hillsborough County

Judge Rex Barbas went to Channel 13 and got the people they better help him. He had to keep me and my family in trouble. Could you'll tell me where he got me and my family names from. We weren't church because there are church buildings. Ms. L.C. and employee of Hillsborough County told me to sit in jail and pay some his sins was a damn shame to the white people when my family was not bothering him. Rex Barbas sent the police and all different kind of construction employees to 3 Wilma and Phillis residence in Ponce de Leon 2001 Riviera Court Ponce de Leon

Had you'll white people fussing and cursing saying you'll were slaves.

fighting doing Leon harm to the people in Ponce de and surrounding Ponce de Leon housing Projects apts! The lie he told you'll people he was stuck on big truck and a Camero Car.

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Lost of a Job - Hillsborough County, Hillsborough County School Board, Job postion School Bus-Driver. Baker Act for no reason to protect Sgt. Frank Greco. Because he was and still is mental and it didn't have anything to do with others employees of Hillsborough County and the Hillsborough County Circuit Court Judges. In Sgt. Frank Greco mind was to do harm, danger, bodily harm to decent human being people.